CEDARS CORPORATION, APPELLANT, V. VALLEY HO
CORPORATION AND FOX AND COMPANY, APPELLEES.

332 N.W.2d 52

Filed April 15, 1983. No. 82-322.

John D. Sykora of the Law Offices of John D. Sykora, for appellant.

Frederick S. Cassman of Abrahams, Kaslow & Cassman, for appellee Valley Ho.

Irving B. Epstein of Viren, Epstein, Leahy & Coren, for appellee Fox and Company.

KRIVOSHA, C.J., WHITE, CAPORALE, and SHANAHAN, JJ., and EMPSON, D.J.

PER CURIAM.

The court, having reviewed the pleadings in this case and having considered the briefs and argument of counsel, finds that the appeal is without merit. The judgment is affirmed.

AFFIRMED.